N. P. FEIL, APPELLANT, V. F. A. W. STACK, APPELLEE.

FILED DECEMBER 22, 1898.   No. 8530.

Intoxicating Liquors: LICENSE: NOTICE OF APPLICATION. The propositions of law announced in *Feil v. Kitchen Bros. Hotel Co.*, 57 Neb. 22, affirmed.

APPEAL from the district court of Douglas county. Heard below before BAKER, J.   *Affirmed.*

*E. W. Simeral*, for appellant.

*Hall & McCulloch*, contra.

NORVAL, J.

The questions involved are identical with those determined in *Feil v. Kitchen Bros. Hotel Co.*, 57 Neb. 22, and for the reasons stated in the opinion filed therein the judgment of the district court in the present cause is

AFFIRMED.